IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRES OQUENDO<br><br>      Plaintiff,<br><br>v.<br><br>CCC TEREK d/b/a TEREK BOX EVENT<br><br>      Defendant. | Case No.:  14 CV 9835 (RA)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 1/7/2015 |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

STATE OF ILLINOIS    )
                     ) ss:
COUNTY OF COOK       )

TOM TSATAS, being duly sworn, deposes and says;

1. I am a not a party to this action, am over 18 years of age, and reside in Cook County, Illinois.

2. On December 12, 2014, I served the summons and complaint in this action on the Defendant **CCC TEREK d/b/a TEREK BOX EVENT** by e-mailing the Defendant in accordance with Paragraph 3 of that certain Bout Agreement dated as of July 4, 2014 between Plaintiff and Defendant (the "Bout Agreement") (a copy of which is attached as Exhibit A to the Complaint, D.I. 1) which provides, in part, that "[a]s an alternative method of personal service, each of the parties irrevocably consents to the service of any and all process in any action or proceeding brought by a party by the sending or e-mailing of copies to their normal e-mail addresses used for exchanging signature pages of this Agreement." The e-mail address used by

the Defendant to deliver the signature page of the Bout Agreement was maltemm@hotmail.com., a true and correct copy of the e-mail transmittal of which is attached hereto; however, in addition to that e-mail address, I also e-mailed copies of the summons and complaint to the following other e-mail addresses used by the Defendant: timur95r@mail.ru; info@digital-sports.tv; and maltemm@icloud.com. Also attached hereto is a true and correct copy of the affidavit of service which I filed with the Court on December 16, 2014.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Tom Tsatas

Subscribed and sworn before me
this 5th day of January, 2015.

_Pamela Cocalas Wirt_
NOTARY PUBLIC in and for said
County and State

My commission expires: 2-27-2017
Commission No.: 712074

Official Seal
Pamela Cocalas Wirt
Notary Public State of Illinois
My Commission Expires 02/27/2017

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FRES OQUENDO | ) |
| *Plaintiff* | ) Civil Action No. |
| v. | ) **14 CV 9835** |
| CCC TEREK d/b/a TEREK BOX EVENT | ) JUDGE ABRAMS |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CCC TEREK
BALLINDAMM 8
20095 HAMBURG
GERMANY
E-mail: timur95r@mail.ru; info@digital-sports.tv; maltemm@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FRES OQUENDO
28 W. 671 STEARNS ROAD
BARTLETT, ILLINOIS 60103
USA
Telephone: +1(787)464-5151
E-mail: fastfres@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: DEC 1 2 2014

*Signature of Clerk or Deputy Clerk*

**EXHIBIT 1**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CCC Terek d/b/a Terek Box Event**
was received by me on *(date)* **December 12, 2014** .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: In accordance with Paragraph 3 of that certain Bout Agreement dated as of July 4, 2014 between Fres Oquendo and Terek Box Event, a copy of which is attached as Exhibit A to the Complaint, I served the summons on CCC Terek d/b/a Terek Box Event by e-mailing the summons and Complaint to timur95r@mail.ru, maltemm@hotmail.com, info@digital-sports.tv

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **12-12-14**

*Server's signature*

**Tom Tsatas**
*Printed name and title*

3250 N. Natchez
Chicago, Illinois 60634
USA
*Server's address*

Additional information regarding attempted service, etc:

A true and correct copy of the CC: of the e-mail I sent myself which was served on Defendant CCC Terek is attached hereto.